(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By mail
IFP

__Charles Magon__
(Enter above the full name of the plaintiff in this action)

V.

__Health Administration__
__Rafeal Williams (Warden), Stan Taylor (commissioner)__

(Enter above the full name of the defendant(s) in this action

05 - 419

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]    NO [\]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs __N/A__

      Defendants __N/A__


2. Court (if federal court, name the district; if state court, name the county) _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? _I filled out a grievance a I presented it to the proper athority/s_

2. What was the result? _Still pending_

D. If your answer is NO, explain why not _N/A_

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [✓]

F. If your answer is YES,

1. What steps did you take? _N/A_

2. What was the result? _N/A_

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Charles Morgan

Address 1301 E 12th St HRYCI Wilm, DE 19809

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  Health Administration  is employed as  Nurse  11-2-04  at  Gander Hill HRYCI

C. Additional Defendants  Rafeal Williams (Warden)   Stan Taylor (Commissioner)

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I was given Hydrocortisone Ointment USP, 1% for a little rash I had on my arms from the water. Now its all over my arms and on my back. Its itchy and my skin bleeds. I was given this ointment on 11-2-04, at Gander Hill

-3-

see other side

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

3 million punitive damages

1 million physical damages

Signed this 25th day of May, 2005

Charles Morgan
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

5-25-05                            Charles Morgan
Date                               (Signature of Plaintiff)

I filled out a grievance and I'm still waiting for the results.







J. Caleb Boggs Federal Building
Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilm, DE 19801

Charles Morgan 526805
1301 E 13th St HRYCI
Wilm, DE 19809

U.S.M.S. X-RAY
INMATE
LEGAL MAIL