Charles Morgan

v.                                    ) Civ. No. 05-419-GMS

Health Administrator, Rapheal Williams, and Stan Taylor

Case: 1:05-cv-00419-GMS

**FILED**
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Charles Morgan
525805