**RESIDENT HISTORY REPORT**                                              Page 1 of 1

**HRYCI**
**07/25/05 14:58**
**ST 007 / OPR KJG**

```
SBI            : 525805
Resident Name  : MORGAN, CHARLES
Time Frame     : 02/07/2004 11:31 - 07/25/2005 14:35
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/01/2004 | 11:31 | Intake | 8 | RP | H7302 | 150.00 | 150.00 |
| 11/02/2004 | 08:36 | Order | 2 | WAC | B38961 | 59.72 | 90.28 |
| 11/09/2004 | 12:09 | Order | 2 | DDT | B39847 | 43.75 | 46.53 |
| 11/11/2004 | 14:26 | Order | 9 | IM | I966 | 0.23 | 46.30 |
| 11/17/2004 | 09:25 | Order | 2 | IM | B40809 | 43.82 | 2.48 |
| 11/23/2004 | 08:50 | Order | 2 | DDT | B41567 | 2.40 | 0.08 |
| 12/13/2004 | 13:17 | Add | 4 | CK | D17180 | 20.00 | 20.08 |
| 12/15/2004 | 09:15 | Order | 2 | DDT | B44221 | 17.74 | 2.34 |
| 12/16/2004 | 10:29 | Order | 9 | IM | I1169 | 2.20 | 0.14 |
| 12/22/2004 | 12:17 | Add | 4 | CK | D17789 | 30.00 | 30.14 |
| 12/28/2004 | 14:12 | Order | 2 | WLH | B45915 | 27.29 | 2.85 |
| 01/05/2005 | 07:37 | Order | 2 | DDT | B46806 | 2.52 | 0.33 |
| 01/06/2005 | 13:10 | Add | 4 | CK | D18577 | 25.00 | 25.33 |
| 01/07/2005 | 12:45 | Add | 8 | RP | H8895 | 15.00 | 40.33 |
| 01/12/2005 | 08:00 | Order | 2 | DDT | B47727 | 30.95 | 9.38 |
| 01/19/2005 | 06:18 | Order | 2 | DDT | B48610 | 9.24 | 0.14 |
| 01/19/2005 | 12:40 | Add | 4 | CK | D19132 | 30.00 | 30.14 |
| 01/26/2005 | 07:57 | Order | 2 | DDT | B49494 | 30.14 | 0.00 |
| 02/07/2005 | 12:19 | Add | 4 | SED | D20160 | 20.00 | 20.00 |
| 02/08/2005 | 10:25 | Order | 2 | DDT | B51015 | 19.99 | 0.01 |
| 02/16/2005 | 12:23 | Add | 4 | CK | D20752 | 30.00 | 30.01 |
| 02/23/2005 | 08:49 | Order | 2 | DDT | B52965 | 29.94 | 0.07 |
| 02/23/2005 | 14:47 | Add | 4 | SED | D21095 | 30.00 | 30.07 |
| 03/01/2005 | 13:58 | Order | 2 | DDT | B53888 | 27.46 | 2.61 |
| 03/07/2005 | 13:05 | Add | 4 | SED | D21682 | 30.00 | 32.61 |
| 03/09/2005 | 10:41 | Order | 2 | DDT | B55025 | 20.61 | 12.00 |
| 03/21/2005 | 12:56 | Add | 4 | CK | D22563 | 20.00 | 32.00 |
| 03/23/2005 | 09:31 | Order | 2 | DDT | B56870 | 23.00 | 9.00 |
| 03/30/2005 | 14:06 | Order | 2 | DDT | B57812 | 8.98 | 0.02 |
| 04/04/2005 | 12:07 | Add | 4 | SED | D23252 | 30.00 | 30.02 |
| 04/06/2005 | 08:28 | Order | 2 | WLH | B58587 | 29.99 | 0.03 |
| 04/06/2005 | 13:07 | Add | 4 | CK | D23474 | 20.00 | 20.03 |
| 04/13/2005 | 09:18 | Order | 2 | WLH | B59586 | 16.09 | 3.94 |
| 04/20/2005 | 11:14 | Add | 4 | SED | D24193 | 20.00 | 23.94 |
| 04/21/2005 | 05:56 | Order | 2 | DDT | B60531 | 23.84 | 0.10 |
| 04/22/2005 | 12:18 | Add | 4 | Netty | D24341 | 15.00 | 15.10 |
| 04/22/2005 | 15:44 | Withdrawal | 6 | PLF | F11028 | 6.00 | 9.10 |
| 05/02/2005 | 13:15 | Add | 8 | RP | H11755 | 5.00 | 14.10 |
| 05/02/2005 | 13:15 | Add | 8 | RP | H11756 | 25.00 | 39.10 |
| 05/03/2005 | 08:53 | Order | 2 | DDT | B61900 | 15.10 | 24.00 |
| 05/11/2005 | 08:09 | Order | 2 | DDT | B62999 | 23.99 | 0.01 |
| 05/16/2005 | 13:33 | Add | 4 | SED | D25521 | 20.00 | 20.01 |
| 05/17/2005 | 13:35 | Order | 2 | DDT | B63834 | 19.84 | 0.17 |
| 06/07/2005 | 13:15 | Add | 4 | SED | D26773 | 20.00 | 20.17 |
| 06/08/2005 | 07:33 | Order | 2 | DDT | B66568 | 19.86 | 0.31 |
| 06/08/2005 | 12:46 | Add | 4 | J | D26842 | 20.00 | 20.31 |
| 06/15/2005 | 07:55 | Order | 2 | DDT | B67429 | 18.80 | 1.51 |
| 06/21/2005 | 10:32 | Order | 2 | DDT | B68293 | 1.43 | 0.08 |
| 06/27/2005 | 12:12 | Add | 8 | RP | H13197 | 30.00 | 30.08 |
| 06/29/2005 | 11:28 | Order | 2 | DDT | B69572 | 25.94 | 4.14 |
| 07/01/2005 | 11:58 | Credit | 2 | DDT | B69700 | 25.94 | 30.08 |
| 07/06/2005 | 09:02 | Order | 2 | DDT | B70112 | 18.80 | 11.28 |
| 07/07/2005 | 12:30 | Order | 9 | WLH | I3744 | 3.62 | 7.66 |
| 07/12/2005 | 13:32 | Order | 2 | DDT | B71043 | 7.64 | 0.02 |
| 07/18/2005 | 12:58 | Add | 7 | KTS | G6231 | 9.16 | 9.18 |
| 07/19/2005 | 11:09 | Order | 2 | DDT | B72106 | 9.13 | 0.05 |