IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES MORGAN,           ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| v.                        ) | Civ. No. 05-419-GMS |
| ) | |
| HEALTH ADMINISTRATOR, RAPHAEL ) | |
| WILLIAMS, and STAN TAYLOR,    ) | |
| ) | |
| Defendants.       ) | |

**AUTHORIZATION**

I, Charles Morgan, SBI #525805 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $15.31 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  August 8 , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  8-12-05 , 2005.

_____
Charles Morgan

Charles Morgan 525805
1181 East 13th St #RCI
W/m, DE 19809

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King St Lockbox 18
Wilm, DE 19801-3570



WILMINGTON DE 198
PM 13 SEP 2005

