IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-419-GMS |
| | ) |
| HEALTH ADMINISTRATION, | ) |
| WARDEN RAFAEL WILLIAMS, | ) |
| and COMMISSIONER STAN | ) |
| TAYLOR, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Charles Morgan, filed a complaint on June 21, 2005(D.I. 2);

WHEREAS, on March 30, 2006, an order was entered dismissing the complaint and giving plaintiff leave to amend the complaint within thirty days from the date of the order or the case would be closed (D.I. 7);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 16th day of May, 2006, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE